1042

[No. 16932-7-I. Division One. May 23, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD A. RIENKS, *Appellant.*

[Reporter's Note: This opinion was filed upon the withdrawal of the opinion in the same cause reported at 46 Wn. App. 537.]

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00791-0, John E. Rutter, Jr., J., entered July 29, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, A.C.J., and Grosse, J.

[No. 10873-9-II. Division Two. May 24, 1988.]

*In the Matter of the Estate of* ESTHER M. YORK.

NORMA JEAN KRAFT, ET AL, *Appellants,* v. CLARENCE R. YORK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 82-4-00038-7, Terence Hanley, J., entered June 12, 1986. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.

[No. 8261-0-III. Division Three. May 24, 1988.]

JAN ROOFF, ET AL, *Appellants,* v. DAN SHULTZ, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 86-2-00296-1, James B. Mitchell, J., entered November 17, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.